# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOM ALLEN CONSTRUCTION COMPANY, a Delaware Corporation, and METRO UNDERGROUND SERVICES, INC. OF ILLINOIS, an Illinois Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>THOMAS M. ALLEN, an Illinois Citizen, and TOM ALLEN CONSTRUCTION, LLC, an Illinois Limited Liability Company, and METRO UNDERGROUND SERVICES, INC., an Illinois Corporation,<br><br>    Defendants. | Case No. 05-183-DRH |

## CONSENT ORDER EXTENDING TEMPORARY RESTRAINING ORDER

The parties having consented to this order, IT IS THEREFORE ORDERED,

That the Consent Temporary Restraining Order entered by this Court on March 17, 2005 and extended on April 27, 2005 shall be extended, effective and in full force up to and including May 31, 2005. The parties are attempting to settle this matter and have agreed to keep the TRO in place during those discussions.

IT IS ALSO ORDERED, that Defendants' Answers shall be filed within twenty (20) days after the expiration of the TRO.

SO ORDERED:

/s/    David RHerndon
U.S. District Judge


Date: May 17, 2005.

|  |  |
|---|---|
| ARMSTRONG TEASDALE LLP | COFFEY LAW FIRM, P.C. |
| BY: /s/ Jeffrey H. Kass<br>John H. Quinn III<br>Jeffrey H. Kass<br>One Metropolitan Square, Suite 2600<br>St. Louis, Missouri 63102-2740<br>(314) 621-5070<br>(314) 621-5065 (Facsimile) | BY: /s/ Danielle LaChance Yates<br>Danielle LaChance-Yates<br>John W. McCracken<br>P.O. Box 247<br>125 N. Buchanan Street<br>Edwardsville, IL 62025<br>(618) 656-2244<br>618-656-1307 (Facsimile) |
| SCHWARTZ, JUNELL, GREENBERG &<br>OATHOUT, L.L.P.<br><br>David Finck<br>Steven R. Rech<br>909 Fannin, Suite 2000<br>Houston, Texas 77010<br>(713) 276-3440 (Direct Dial)<br>(713) 752-0327 (Facsimile)<br><br>ATTORNEYS FOR TOM ALLEN<br>CONSTRUCTION COMPANY and<br>METRO UNDERGROUND SERVICES,<br>INC. OF ILLINOIS | ATTORNEYS FOR THOMAS ALLEN,<br>TOM ALLEN CONSTRUCTION, LLC<br>and METRO UNDERGROUND<br>SERVICES, INC. |