UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOM ALLEN CONSTRUCTION COMPANY, a Delaware Corporation, and METRO UNDERGROUND SERVICES, INC. OF ILLINOIS, an Illinois Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS M. ALLEN, an Illinois Citizen, and TOM ALLEN CONSTRUCTION, LLC, an Illinois Limited Liability Company, and METRO UNDERGROUND SERVICES, INC., an Illinois Corporation,<br><br>Defendants. | Case No.  05-183-DRH |

**CONSENT ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

The parties having consented to this order, IT IS THEREFORE ORDERED,

That the Consent Temporary Restraining Order entered by this Court on March 17, 2005 and extended on May 19, 2005 shall be extended, effective and in full force up to and including June 20, 2005.  The parties are attempting to settle this matter and have agreed to keep the TRO in place during those discussions.

IT IS ALSO ORDERED, that Defendants' Answers shall be filed within twenty (20) days after the expiration of the TRO.

SO ORDERED:

/s/  David RHerndon
U.S. District Judge


Date: May 31, 2005.

| | |
|---|---|
| ARMSTRONG TEASDALE LLP | COFFEY LAW FIRM, P.C. |

BY: /s/ Jeffrey H. Kass  
    John H. Quinn III  
    Jeffrey H. Kass  
    One Metropolitan Square, Suite 2600  
    St. Louis, Missouri 63102-2740  
    (314) 621-5070  
    (314) 621-5065 (Facsimile)

    SCHWARTZ, JUNELL, GREENBERG &  
    OATHOUT, L.L.P.

    David Finck  
    Steven R. Rech  
    909 Fannin, Suite 2000  
    Houston, Texas 77010  
    (713) 276-3440 (Direct Dial)  
    (713) 752-0327 (Facsimile)

    ATTORNEYS FOR TOM ALLEN  
    CONSTRUCTION COMPANY and  
    METRO UNDERGROUND SERVICES,  
    INC. OF ILLINOIS

BY: /s/ Danielle LaChance Yates  
    Danielle LaChance-Yates  
    John W. McCracken  
    P.O. Box 247  
    125 N. Buchanan Street  
    Edwardsville, IL 62025  
    (618) 656-2244  
    618-656-1307 (Facsimile)

    ATTORNEYS FOR THOMAS ALLEN,  
    TOM ALLEN CONSTRUCTION, LLC  
    and METRO UNDERGROUND  
    SERVICES, INC.