UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOM ALLEN CONSTRUCTION COMPANY, a Delaware Corporation, and METRO UNDERGROUND SERVICES, INC. OF ILLINOIS, an Illinois Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS M. ALLEN, an Illinois Citizen, and TOM ALLEN CONSTRUCTION, LLC, an Illinois Limited Liability Company, and METRO UNDERGROUND SERVICES, INC., an Illinois Corporation,<br><br>Defendants. | Case No. 05-183-DRH |

**AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION**

On this day the Court considered the parties' agreement, fully and finally resolving all disputed issues and contested matters pending in the above-captioned proceedings. It further appears to the Court that this Court has jurisdiction and venue of the subject matter herein; and that the following agreed permanent injunction pursuant to the parties' agreement should be entered. It is, accordingly,

ORDERED, ADJUDGED AND DECREED that:

1. THOMAS M. ALLEN, an Illinois Citizen, and TOM ALLEN CONSTRUCTION, LLC, an Illinois Limited Liability Company, and METRO UNDERGROUND SERVICES, INC., an Illinois Corporation and all of their officers, directors, employees and agents and all persons acting in direct concert with them, are

1

permanently enjoined, restrained and prohibited from, and must immediately cease, using in any way the trade names and trademarks TOM ALLEN CONSTRUCTION, TOM ALLEN CONSTRUCTION COMPANY, and METRO UNDERGROUND SERVICES and any other name or mark confusingly similar thereto, including but not limited to TOM ALLEN CONSTRUCTION, LLC;

2. Except with respect to the injunctive relief granted above, this case and all claims and causes of action which were asserted or could have been asserted are DISMISSED on the merits with prejudice;

3. Each party shall bear its own costs and attorneys fees;

4. All relief not expressly granted is DENIED;

5. This court shall maintain continuing jurisdiction over this matter and the Settlement Agreement; and

6. This is a Final Judgment.

SIGNED this 13th day of July 2005.

_____
UNITED STATES DISTRICT JUDGE

2

**AGREED AND ENTRY REQUESTED:**

ARMSTRONG TEASDALE LLP

BY: _____
John H. Quinn III
Jeffrey H. Kass
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
(314) 621-5065 (Facsimile)


SCHWARTZ, JUNELL, GREENBERG
& OATHOUT, L.L.P.

David Finck
Steven R. Rech
909 Fannin, Suite 2000
Houston, Texas 77010
(713) 276-3440 (Direct Dial)
(713) 752-0327 (Facsimile)

ATTORNEYS FOR TOM ALLEN
CONSTRUCTION COMPANY and METRO
UNDERGROUND SERVICES, INC. OF
ILLINOIS

COFFEY LAW FIRM, P.C.

BY: _____
Danielle LaChance-Yates
John W. McCracken
P.O. Box 247
125 N. Buchanan Street
Edwardsville, IL 62025
(618) 656-2244
618-656-1307 (Facsimile)

ATTORNEYS FOR THOMAS ALLEN, TOM
ALLEN CONSTRUCTION, LLC and
METRO UNDERGROUND SERVICES, INC.

3